```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**LINDA BOUFERGUEN,**

                Plaintiff,          20cv3975 (JGK)

    - against -              <u>ORDER</u>

**ANDREW CUOMO et al.**

                **Defendants.**

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record at the teleconference today, the request for a temporary restraining order is withdrawn. The parties should provide a status report by June 5, 2020.

    The Clerk is directed to close Docket Number 3.

**SO ORDERED.**

**Dated:**    New York, New York
            May 22, 2020              /s/ John G. Koeltl
                                                    John G. Koeltl
                                      **United States District Judge**