```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

LINDA BOUFERGUEN,

              Plaintiff,

    - against -

ANDREW CUOMO, ET AL.,

             Defendants.

------

20 cv 3975 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    For the reasons stated at the telephone conference on November 20, 2020, the defendants' motions to dismiss are **granted**. The Clerk is directed enter judgment dismissing this case without prejudice. The Clerk is also directed to close Docket Nos. 24, 26, and 33, and to close this case.

    SO ORDERED.

Dated:    New York, New York
            November 20, 2020

                                /s/ John G. Koeltl
                                John G. Koeltl
                       United States District Judge