UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LINDA BOUFERGUEN,

                Plaintiff,

  -against-                              20 **CIVIL** 3975 (JGK)

**JUDGMENT**

ANDREW CUOMO, ET AL.,

                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 20, 2020, and for the reasons states at the telephone conference on November 20 2020, the defendants' motions to dismiss are granted, and this case is dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           November 23, 2020

                                                    RUBY J. KRAJICK

                                                    _____
                                                             Clerk of Court
                                      BY:
                                                             Deputy Clerk